**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**MOHAMMED NAZIR BIN LEP,**

    **Petitioner,**

        **v.**

**JOSEPH R. BIDEN et al.,**

    **Respondents.**

**Civil Action No. 20-3344 (JDB)**

---

## FIFTH AMENDED SCHEDULING ORDER

Upon consideration of [124] respondents' unopposed motion to revise scheduling order deadline, and the entire record herein, it is hereby **ORDERED** that respondents shall file their reply in further support of [113] their sealed motion by not later than August 17, 2022. **SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: <u>August 9, 2022</u>